fenders, *Joseph L. DeCaporale,* Deputy Public Defender, for defendant.

C. A. No. 76-435. STATE *v.* KELLY CROSBY AND BARBARA T. SOUVINEY. The death of Barbara T. Souviney having been suggested on the record, the judgment of conviction in her case is hereby vacated and the case is remanded to Superior Court with a direction to dismiss the information against the defendant Barbara T. Souviney and after said action the case shall be returned forthwith. See *State* v. *Marzilli,* 111 R.I. 392, 303 A.2d 367 (1973). *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for plaintiff. *William F. Reilly,* Publc Defender, *Barbara Hurst, John A. MacFadyen III,* Asst. Public Defenders, for Kelly Crosby. *Zimmerman, Roszkowski, & Brenner, Joseph J. Roszkowski,* for Barbara T. Souviney.

APPEAL No. 75-273. THE AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS *et al. v.* BOARD OF REGENTS FOR EDUCATION. At oral argument of this case, the parties are directed to argue the issue among the other issues presented, as to whether this case should be dismissed as being moot. *Abedon, Stanzler, Biener, Skolnik & Lipsey, Richard A. Skolnik,* for plaintiffs. *Howard R. Haronian,* for defendant.

APPEAL No. 75-305. PLANTATIONS INDUSTRIAL SUPPLY OF RHODE ISLAND *v.* WILLIAM F. LEONELLI. Case is assigned to the calendar for March 9, 1977, 9:30 a.m. for oral argument. The plaintiff will be expected to *show cause* why its appeal should not be dismissed for lack of standing. Plaintiff's motion for substitution of parties will be heard at the same time. *Aram K. Berberian,* for plaintiff. *Thomas L. McDonald,* Asst. City Solicitor, for defendant.